**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Raymond HOWARD, Petitioner**

No. 328 EAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Donzie DEVERO, Petitioner**

No. 309 EAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Daniel GREGOR, Petitioner**

v.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

No. 478 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal and Praecipe to Amend Defendant's Name are **DENIED**.